UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

GARY McKEEHAN. )
)
       Petitioner, )
v. )  No. 1:07-cv-227-SEB-TAB
)
STANLEY KNIGHT, Superintendent, )
)
       Respondent. )

## J U D G M E N T

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed without prejudice.**

Date: 07/19/2007

*Sarah Evans Barker*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Pamela Sue Moran
INDIANA STATE ATTORNEY GENERAL
pamela.moran@atg.in.gov

Gary McKeehan
950519
Vigo County Community Corrections
100 South 1st Street
Terre Haute, IN 47807